1  NICHOLAS A. TRUTANICH
   United States Attorney
2  District of Nevada
   Nevada Bar Number 13644
3  MEGAN RACHOW
   Nevada Bar No. 8231
4  Assistant United States Attorney
   400 South Virginia Street, Suite 900
5  Reno, Nevada 89501
   (775) 784-5438
6  Megan.Rachow@usdoj.gov

7  *Representing the United States of America*

8
                    UNITED STATES DISTRICT COURT
9                        DISTRICT OF NEVADA

                                                    ORDER
10
11 UNITED STATES OF AMERICA,              3:19-MJ-00100-WGC

12              Plaintiff,                 **STIPULATION TO CONTINUE**
                                           **PRELIMINARY EXAMINATION**
13       v.

14 MARVIN TRUSS,

15              Defendant.

16

17      IT IS HEREBY STIPULATED AND AGREED by and through NICHOLAS A.

18 TRUTANICH, United States Attorney for the District of Nevada, and MEGAN

19 RACHOW, Assistant United States Attorney, counsel for the United States of America,

20 and LAUREN GORMAN, Assistant Federal Public Defender, counsel for MARVIN

21 TRUSS, that the preliminary examination under Fed. R. Crim. P. 5.1 currently set for

22 October 30, 2019, at 3:00 p.m., be continued until October 31, 2019 at 3 p.m. Through

23 / / /

24

1

1  counsel, defendant waives the preliminary examination pursuant to Fed. R. Crim. P.

2  5.1(a)(1) until October 31, 2019, at 3:00 p.m.

3

4        DATED this 24th day of October, 2019.

5

6  NICHOLAS A. TRUTANICH
   United States Attorney
7

8  _/s/ Megan Rachow_                              _/s/ Lauren Gorman_
   MEGAN RACHOW                                    LAUREN GORMAN
9  Assistant United States Attorney                Assistant Federal Public Defender
                                                   Counsel for Defendant Truss
10

11

12

13
                                    IT IS SO ORDERED.
14

15
                                    _____
16                                  CARLA BALDWIN CARRY
                                    UNITED STATES MAGISTRATE JUDGE
17

18                                  DATED: 10/24/2019

19

20

21

22

23

24

2